UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.: 2:22-cr-36-SPC-NPM

PEDRO SERGIO PELAEZ
GUTIERREZ

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 220). The Government seeks a final order of forfeiture for **approximately $8,073 in U.S. currency**, seized from the defendant on or about August 15, 2018, which was subject to a preliminary order of forfeiture as part of the Judgment entered on September 11, 2023. (Doc. 166).

Although the Government gave proper notice, no third parties have petitioned for the **approximately $8,073 in U.S. currency**, and the time to do so has expired. The Court thus finds all right, title, and interest in the **approximately $8,073 in U.S. currency** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 220) is **GRANTED**.

1. Defendant's interest in **approximately $8,073 in U.S. currency** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record